IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **RODNEY WORLEY,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | NO. 5:23-cv-00103 |
| **OCEAN SPRAY CRANBERRIES, INC.,** | § § § | |
| **Defendant.** | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rodney Worley ("Plaintiff") and Defendant Ocean Spray Cranberries, Inc. ("Defendant" and Plaintiff and Defendant collectively referred to as the "Parties") file this Joint Stipulation of Dismissal with Prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal with prejudice of this action with Plaintiff and Defendant to bear their own costs and fees. The Parties request this Court enter the Agreed Order of Dismissal with Prejudice, attached as <u>Exhibit A</u> to this Joint Stipulation of Dismissal with Prejudice.

                                                Respectfully submitted,

| | |
|---|---|
| */s/ William S. Hommel, Jr.* | */s/ Mark A. Flores* |
| William S. Hommel, Jr. | Mark A. Flores |
| State Bar No. 09934250 | State Bar No. 24076385 |
| Hommel Law Firm PC | markflores@littler.com |
| 5620 Old Bullard Road, Suite 115 | James A. McGehee |
| Tyler, Texas 75206 | State Bar No. 24132520 |
| bhommel@hommelfirm.com | jmcgehee@littler.com |
| 903-596-7100 Phone/Facsimile | |
| **ATTORNEY FOR PLAINTIFF** | LITTLER MENDELSON, P.C. |
| | 2001 Ross Avenue, Suite 1500 |
| | Dallas, Texas 75201 |
| | 214.880.8100 (Telephone) |
| | 214.880.0181 (Facsimile) |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |