IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RODNEY WORLEY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:23-cv-103-JRG-JBB |
| | § | |
| OCEAN SPRAY CRANBERRIES, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") filed by Plaintiff Rodney Worley and Defendant Ocean Spray Cranberries, Inc. (Dkt. No. 19.) In the Stipulation, the parties stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs and fees. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims by and between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Nov 21, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE